UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINCSTON JONES,<br>*on behalf of himself individually*,<br><br>and<br><br>MARCUS STYLES,<br>*on behalf of himself, Nationwide FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiffs,<br><br>v.<br><br>CENTENE CORPORATION, et al.,<br><br>Defendants. | No. 4:22 CV 603 RWS |

## **ORDER**

This matter comes for the Court's consideration on Plaintiffs' Motion to Approve Settlement filed by Plaintiffs Marcus Styles and Lincston Jones ("Plaintiffs").

Upon consideration of the pleadings, the Motion and all exhibits thereto, and all other files and records in this matter, the Court hereby GRANTS the Motion to Approve Settlement [58] and ORDERS as follows:

1. The Settlement is a fair and reasonable resolution of a *bona fide* dispute over wages allegedly owed under the Fair Labor Standards Act. The Settlement is approved and is binding as defined in the Settlement Agreement and this Order.

The terms of the Parties' Settlement Agreement are incorporated by reference into this Order.

2.  The award of attorneys' fees and costs to Plaintiffs' counsel is reasonable and is approved.

3.  The Parties shall abide by all terms of the Settlement Agreement and this Order.

4.  This action is dismissed with prejudice, with each party to bear his, her, or its own fees and costs, except as set forth in the Settlement Agreement.

5.  The Court hereby enters Judgment approving the terms of the Settlement Agreement. This Order shall constitute a final judgment for purposes of Fed. R. Civ. P. 58.

6.  The Clerk is directed to remove all dates from the Court's calendar and close the Case.

SO ORDERED this 27th day of November 2023.

_____
Hon. Rodney W. Sippel
United States District Judge